UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DEMETRIO PURIZACA,
Plaintiff

CA 07 472ML

v.

No.

THE STOP & SHOP SUPERMARKET COMPANY, LLC,
Defendant

**NOTICE OF REMOVAL**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant The Stop & Shop Supermarket Company, LLC ("Stop & Shop") hereby removes to this Court the state court action described below.

1. On November 21, 2007, an action was commenced in the Superior Court for Providence County, State of Rhode Island, entitled *Demetrio Purizaca v. The Stop & Shop Supermarket Company, LLC, Alias ABC Corporation*, Civil Action No. 07-6250.

2. On November 30, 2007, Demetrio Purizaca ("Purizaca") served Stop & Shop with a copy of the Summons and Complaint.

3. Stop & Shop files this Notice of Removal within one year of the commencement of the state court action and within thirty days of receipt of the Summons and Complaint by Stop & Shop. Removal is thus timely pursuant to 28 U.S.C. §§ 1446.

4. Certified copies of all process, pleadings and orders served upon Stop & Shop in the state court action are attached hereto as Exhibit "A", in compliance with (i) 28 U.S.C. §

1446(a), (ii) United States District Court, District of Rhode Island Local Rule 81, and (iii) United States District Court, District of Rhode Island General Order 2003-01.

5. Promptly after filing this Notice of Removal, Stop & Shop shall give written notice of the removal to Purizaca by and through his designated counsel, and to the Clerk of the Superior Court for Providence County, State of Rhode Island, in compliance with 28 U.S.C. § 1446(d).

**JURISDICTION**

6. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, as set forth below.

7. According to the Complaint, Purizaca is a citizen of the State of Rhode Island (Complaint, ¶ 1).

8. Stop & Shop is a **Delaware** limited liability company with its principal place of business in Quincy, Norfolk County, **Massachusetts** (see Complaint, ¶ 2), and is the only defendant that has been named in this action.

9. Upon information and belief, the plaintiff has received Workmen's Compensation benefits arising from the incident in question of $54,085.24 as of June 19, 2007, consisting of medical expenses and wage indemnity. In consideration of the plaintiff's anticipated claims of pain and suffering and disability, the amount in controversy exceeds $75,000.00.

10. Accordingly, the requirements of 28 U.S.C. § 1332 as to diversity of citizenship and amount in controversy are satisfied, and the case is removable under said statute.

WHEREFORE, Stop & Shop prays that said action be removed to the United States District Court for the District of Rhode Island.

Respectfully submitted,

Geoffrey D. Wyler
One Financial Center, 24th FL
Boston, Massachusetts 02111
(617) 330-5050

Date: 12/21/07

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document was caused to be served upon the following attorney of record, by first class mail, postage prepaid, on the below date.

Stephen M. Rappaport
Rappaport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000

Geoffrey D. Wyler

Date: 12/21/07