Jhf 11-12-07

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

DEMETRIO PURIZACA )
)
vs. )
)
THE STOP & SHOP SUPERMARKET )
COMPANY, L.L.C., Alias ABC Corporation )

C.A. NO.: PC07-6250

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

# COMPLAINT

Now comes the Plaintiff in the above-entitled cause and alleges and says:

1. That the Plaintiff Demetrio Purizacz is a resident of the City of Providence, County of Providence, State of Rhode Island.

2. That the Defendant, The Stop & Shop Supermarket Company, L.L.C., Alias ABC L.L.C. (hereinafter referred to as "Stop & Shop") upon information and belief is a Delaware limited liability company with its principle place of business in Quincy, Massachusetts, is authorized to do business within the State of Rhode Island and is in fact doing business in the State of Rhode Island.

3. That on or about June 11, 2005, the Defendant Stop & Shop, Alias upon information and belief owned and operated a business on the property located at 196 East Main Street, in the Town of Milford, County of Worcester, Commonwealth of Massachusetts.

4. That at all times mentioned herein, Plaintiff Demetrio Purizaca was in the exercise of due care.

5. That on or about June 11, 2005, Plaintiff, Demetrio Purizaca was an employee of Defendant Stop & Shop and was an invitee on the premises located at 196 East Main Street, in the Town of Milford, County of Worcester, Commonwealth of Massachusetts.

6. That on or about June 11, 2005, during the course of his employment and while working in a careful and prudent manner in an area designated by the Defendants for their employees, Plaintiff, Demetrio Purizaca was suddenly struck with great force

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2007 NOV 21 P 1:11

in his low back by a table that was tipped over by a case traveling down a conveyor belt. Said table was negligently and carelessly allowed to remain unanchored to the floor of said premises at the base of the conveyor belt.

7. That Defendant Stop & Shop, Alias, through its agents, servants and/or employees, knew or should have known that said premises would be used by Plaintiff Demetrio Purizaca and others in his position.

8. That Defendant Stop & Shop, Alias, was under a duty to the Plaintiff Demetrio Purizaca and/or others in his position, to keep said premises free from defects, properly repaired and maintained and otherwise fit, safe, and properly maintained for its intended use.

9. That the Defendant Stop & Shop, Alias, through its agents, servants and/or employees negligently breached said duties and as a result of said negligence, Plaintiff Demetrio Purizaca was struck and injured as aforesaid.

10. That the Defendant Stop & Shop, Alias, is liable for the damage caused by the negligence of their agents, servants and/or employees.

11. That as a direct and proximate result of the aforesaid negligence on the part of Defendant Stop & Shop, Alias, Plaintiff Demetrio Purizaca has suffered injuries and has suffered pain of body and mind, and Plaintiff Demetrio Purizaca has expended sums of money for the medical care and treatment of said injuries, and Plaintiff Demetrio Purizaca has sustained a loss of earning capacity and other great damage.

12. That the amount claimed is sufficient to establish jurisdiction in the Superior Court.

WHEREFORE, Plaintiff demands judgment against Defendant The Stop & Shop Supermarket Company, L.L.C., Alias ABC L.L.C. plus interest and costs.

Plaintiff,

By his attorneys,

Stephen M. Rappoport, Esq. BBO#544893
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (fax)

## COUNT II

1.-6. That Plaintiff re-alleges paragraphs one through six of Count I and incorporates the same herein by reference.

7. That at all times mentioned herein and prior thereto, said premise was in the exclusive control of the Defendant Stop & Shop, Alias through its agents, servants and/or employees.

8. That the Plaintiff Demetrio Purizaca is without knowledge of the precise acts of negligence of Defendant Stop & Shop, Alias, which caused Plaintiff Demetrio Purizaca's said injuries and said acts are known by the Defendant.

9. That the type of incident described herein and Plaintiff Demetrio Purizaca's said injuries would not ordinarily occur in the absence of negligence on the part of Defendant Stop & Shop, Alias.

10. That said Plaintiff Demetrio Purizaca's injuries were in no way contributed to by any voluntary acts of the said Plaintiff or by anyone other than Defendant Stop & Shop, Alias.

11. That as a direct and proximate result of the aforesaid negligence on the part of Defendant Stop & Shop, Alias, Plaintiff Demetrio Purizaca has suffered injuries and has suffered pain of body and mind, and Plaintiff Demetrio Purizaca has expended sums of money for the medical care and treatment of said injuries, and Plaintiff Demetrio Purizaca has sustained a loss of earning capacity and other great damage.

12. That the amount claimed is sufficient to establish jurisdiction in the Superior Court.

WHEREFORE, Plaintiff demands judgment against Defendant The Stop & Shop Supermarket Company, L.L.C., Alias ABC L.L.C., plus interest and costs.

Plaintiff,

By his attorneys,

Stephen M. Rappoport, Esq. BBO#544893
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (fax)

Plaintiff hereby demands a trial by jury

Plaintiff,

By his attorneys,

Stephen M. Rappoport, Esq. BBO#544893
Rappoport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (fax)

# STATE OF RHODE ISLAND
## SUPERIOR COURT
### CIVIL CASE COVER SHEET

CASE # PC 07-6250

THIS FORM MUST BE FILED WITH EACH ORIGINAL DOCUMENT THAT COMENCES A CIVIL PROCEEDING IN THE CLERK'S OFFICE. IF THE CASE IS A DISTRICT COURT APPEAL. THIS FORM MUST BE FILED WITH THE APPEAL IN THE DISTRICT COURT AND WILL BE TRANSFERRED WITH OTHER DOCUMENTS TO THE SUPERIOR COURT

| | |
|---|---|
| Demetrio Purizaca | The Stop & Shp Supermarket Company, L.L.C., Alias ABC Corporation |
| PLAINTIFF ID# | DEFENDANT ID# |

NATURE OF PROCEEDING - CHECK ONE APPLICABLE CASE TYPE UNDER MAIN CATEGORIES LISTED BELOW.

| CIVIL ACTION | | |
|---|---|---|
| ( ) AA AGENCY APPEAL | ( ) EX EXCESSIVE TAX | ( ) PR PARTITION |
| ( ) AB ASSAULT & BATTERY | ( ) FF FORFEITURE | ( ) RC REINSTATE CHARTER |
| ( ) AE ASBESTOS CASES | ( ) FG FOREIGN JUDGMENT | ( ) PT PROMISSARY NOTE |
| ( ) AI ANTI-TRUST | ( ) FS FRIENDLY SUIT | ( ) RY REAL PROPERTY |
| ( ) BA BOOK ACCOUNT | ( ) ID PER INJURY/PROP DAM/VEH | ( ) SA SEXUAL ABUSE |
| ( ) BP BILL OF RIGHTS-POLICE OFF | ( ) IJ INJUNCTIVE RELIEF | ( ) SF SPECIFIC PERFORMANCE |
| ( ) CH CIVIL RIGHTS/JOB DISCRIM | ( ) IP INTERPLEADER | ( ) SX SEXUAL HARASSMENT |
| ( ) CI CRIMINAL INJURY COMP | ( ) LC LEAD CASE | ( ) TD CONTRACT DAMAGES |
| | | ( ) TE TRESSPASS & EJECTMENT |
| ( ) CL COMMON LAW ASSIGNMENT | ( ) ME MALPRACTICE/LEGAL | ( ) TO TITLE CLEARING |
| ( ) CS CONVERSION | ( ) MM MALPRACTICE/MEDICAL | ( ) TV TRUSTEE/APPT CONVEY TITLE |
| ( ) CV CRIMINAL CONVERSION | ( ) MO MALPRACTICE/OTHER | ( ) TG TRUSTEE/ACCOUNTING |
| ( ) CH CIVIL RIGHTS/JOB DISCRIMIN | ( ) OV OTHER CIVIL ACTION | ( ) UM UNINSURED MOTORIST |
| ( ) DJ DECLARATORY JUDGMENT | ( ) PB PROPERTY DAMAGES | ( ) WM WRIT OF MANDAMUS |
| ( ) DG RECOVERY OF DAMAGES | ( ) PG PROPERTY DAMAGES/VEH | ( ) WR WRIT OF REPLEVIN |
| ( ) DB DEBT ON JUDGMENT | (X) PI PERSONAL INJURY | ( ) WD WRONGFUL DEATH |
| ( ) DD DECEPTIVE TRADE PRACTICE | ( ) PJ PERSONAL INJURY/VEHICLE | |
| ( ) DN DENIAL OF PROBATE CLAIM | ( ) PL PRODUCT LIABILITY | |

| MISCELLANEOUS PETITION | | |
|---|---|---|
| ( ) AC ARBITRATION/CONFIRM | ( ) GJ GRAND JURY INVESTIGATION | ( ) PX PETITION TO EXPUNGE |
| ( ) AD ARBITRATION AWARD | ( ) HC HABEAS CORPUS | ( ) PY PETITION INVENT (WIRE TAP) |
| ( ) AS ASSESSMENT OF DAMAGES | ( ) LN LEVEL COMMUN NOTIFICATION | ( ) RB ARBITRATION REFERRAL |
| ( ) CE CONDEMNATION | ( ) ML MECHANICS LIEN | ( ) RP RULE 5A PETITION |
| ( ) CN CONFIRM COMPROMISE | ( ) MW MATERIAL WITNESS | ( ) RV RECEIVERSHIP |
| ( ) CP CONTEMPT | ( ) OM OTHER MISC PETITION | ( ) SO SEXUAL VIOLENT PREDATOR |
| ( ) DI DISCLAIMER | ( ) OW OUT OF STATE WITNESS | ( ) TA APPOINTMENT OF TRUSTEE |
| ( ) DS DISSOLUTION OF CORP | ( ) PC POST CONVICTION RELIEF | ( ) TC TITLE CLEARING (TAX TITLE) |
| ( ) DT DECLINATION OF TRUSTEE | ( ) PD PETITION TO TAKE DEPO | ( ) TL FORECLOSURE/TAX LIEN |
| ( ) EN END PARTNERSHIP | ( ) PM PETITION FOR IMMUNITY | ( ) TS TRUSTEE SUCCESSOR |
| ( ) FC FORFEITURE OF CHARTER | ( ) PO PETITION FOR CONSTABLE | ( ) VC VACATE ARBITRATION |
| ( ) FL FORECLOSURE RIGHTS REDEM | ( ) PS PERFORM SURGERY | |

True Copy Attest

| PROBATE APPEAL | | |
|---|---|---|
| ( ) GD GUARDIANSHIP | ( ) OA OTHER PROBATE APPEAL | ( ) WL WILL |
| ( ) NC NAME CHANGE | ( ) TU TRUST | |

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

| DISTRICT COURT APPEAL |
|---|
| ( ) DISTRICT COURT APPEAL |

TRIAL (X) YES ( ) NO IF YES: (X) JURY ( ) NON-JURY

SUPERIOR COURT FILED HENRY S. KINCH JR. CLERK 2007 NOV 21 P 1:11

ATTORNEY NAME & REGISTRATION# Stephen M. Rappoport, Esq. (#1250)
PRO SE/NAME: DATE: TODAY 11/20/07

SC223 (REV05-05)