UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
DEC 21 2007
Property of U.S. District Court
District of Rhode Island

DEMETRIO PURIZAZA,
Plaintiff

v. No. CA 07 472 ML

THE STOP & SHOP SUPERMARKET COMPANY, LLC,
Defendant

**STIPULATION**

The parties to this action hereby stipulate that the time in which the defendant is required to answer or otherwise respond to the Complaint is hereby extended to and including January 18, 2007.

The Plaintiff
By his attorneys,

Stephen M. Rappaport /SRG
Stephen M. Rappaport
Rappaport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000

The Defendant
By his attorney,

Geoffrey D. Wyler
Geoffrey D. Wyler
One Financial Center, 24th FL
Boston, Massachusetts 02111
(617) 330-5050

Date: 12/21/07

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document was caused to be served upon the following attorney of record, by first class mail, postage prepaid, on the below date.

Stephen M. Rappaport
Rappaport, DeGiovanni & Caslowitz, Inc.
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000

Geoffrey D. Wyler

Date: 12/21/07