**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DEMETRIO PURIZACA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-427T |
| | ) | |
| THE STOP AND SHOP SUPERMARKET | ) | |
| COMPANY, LLC., | ) | |
| Defendant, | ) | |

**ENTRY OF APPEARANCE.**

I, Sonja L. Deyoe, hereby enter my appearance as co-counsel of record for the Plaintiff, Demetrio Purizaca.

Respectfully submitted,
Plaintiff Demetrio Purizaca,
By his attorneys
Rappoport, DeGiovanni & Caslowitz, Inc.,

__/S/__Sonja L. Deyoe__________
Sonja L. Deyoe #6301
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (Fax)
Email:sldeyoe@fullchannel.net

# CERTIFICATION

I, the undersigned, hereby certify that this document has been electronically filed on this 26th day of December 2007 and is available for viewing and downloading to the ECF registered counsel of record and paper copies will be sent to those who are non-registered participants:

David E. Maglio, Esq.,
David E. Maglio & Associates, P.C.
101 Dyer Street, Second Floor
Providence, RI 02903

Geoffrey D. Wyler, Esq.,
One Financial Center, 24th Fl
Boston, Massachusetts 02111

Stephen M. Rappoport, Esq.,
Rappoport, DeGiovanni & Caslowitz, Inc.,
989 Waterman Avenue
East Providence, RI 02914

/s/ Sonja L. Deyoe