**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DEMETRIO PURIZACA, Plaintiff, | ) | |
| v. | ) | C.A. No. 07-472L |
| THE STOP AND SHOP SUPERMARKET COMPANY, LLC., Alias ABC Corporation Defendant, | ) | |

**MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS FROM THE DEFENDANT.**

Now comes the Plaintiff, Demetrio Purizaca, pursuant to the provisions of U.S.D.C. Rule 37 and moves this Honorable Court for an order compelling Defendant, the Stop and Shop Supermarket Company, LLC , Alias, to respond to a Request for Production dated January 30, 2008 and to answer interrogatories propounded January 30, 2008.

Plaintiff seeks that this Court order the Defendant to provide responses to request for production and answers to interrogatories within ten days.

Plaintiff Demetrio Purizaca,
By his attorneys
Rappoport, DeGiovanni & Caslowitz, Inc.,

/s/ Sonja L. Deyoe

Sonja L. Deyoe, #6301
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (Fax)
Email: sldeyoe@fullchannel.net

**CERTIFICATION OF ATTORNEY**

I, Sonja L. Deyoe, #6301 hereby certify that pursuant to U.S.D.C. Rule 37 , I have made a good faith effort by conferring with opposing counsel to obtain discovery responses.

/s/ Sonja L. Deyoe

**CERTIFICATION**

I, the undersigned, hereby certify that this document has been electronically filed on this 27th day of March 2008 and is available for viewing and downloading to the ECF registered counsel of record and paper copies will be sent to those who are non-registered participants:

Geoffrey D. Wyler, Esq.
One Financial Center, 24th Fl
Boston, Massachusetts 02111
gwyler@cypressmail.com

Stephen M. Rappoport, Esq.,
Rappoport, DeGiovanni & Caslowitz, Inc.,
989 Waterman Avenue
East Providence, RI 02914
rdclaw@cox.net

/s/ Sonja L. Deyoe