**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DEMETRIO PURIZACA,<br><br>Plaintiff,<br><br>v.<br><br>THE STOP AND SHOP SUPERMARKET COMPANY, LLC., Alias ABC Corporation<br>Defendant, | ) | C.A. No. 07-472L |

**MOTION TO COMPEL ENTRY AND INSPECTION OF THE PREMISE OPERATED BY THE DEFENDANT THE STOP AND SHOP SUPERMARKET COMPANY, LLC.**

Now comes the Plaintiff, Demetrio Purizaca, pursuant to the provisions of U.S.D.C. Rule 37 and moves this Honorable Court for an order compelling Defendant, the Stop and Shop Supermarket Company, LLC, Alias, to allow the Plaintiff, his counsel and a videographer to enter and inspect the Defendant's premises located at 196 East Main Street, in the Town of Milford, County of Worcester. During this inspection, the Plaintiff seeks to have the area in which he was injured and the table and conveyor belt present in that area photographed and videotaped.

On February 21, 2008, counsel for the Plaintiff filed with the Defendant's attorney a request under Rule 37 of the U.S.D.C. Rules of Civil Procedure requesting to enter and inspect the premises at a time convenient to all counsel. To date, Plaintiff's counsel has not received a response to this request.

Plaintiff hereby requests that this Court order the Defendant to allow the Plaintiff, his counsel and a videographer to enter and inspect the premises for the above purposes on April 30, 2008 at 2:00 p.m.

Plaintiff Demetrio Purizaca,
By his attorneys
Rappoport, DeGiovanni & Caslowitz, Inc.,

/s/ Sonja L. Deyoe
Sonja L. Deyoe, #6301
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (Fax)
Email: sldeyoe@fullchannel.net

**CERTIFICATION OF ATTORNEY**

I, Sonja L. Deyoe, #6301 hereby certify that pursuant to U.S.D.C. Rule 37 , I have made a good faith effort by conferring with opposing counsel to obtain discovery responses.

/s/ Sonja L. Deyoe

**CERTIFICATION**

I, the undersigned, hereby certify that this document has been electronically filed on this 28th day of March 2008 and is available for viewing and downloading to the ECF registered counsel of record and paper copies will be sent to those who are non-registered participants:

Geoffrey D. Wyler, Esq.
One Financial Center, 24th Fl
Boston, Massachusetts 02111
gwyler@cypressmail.com

Stephen M. Rappoport, Esq.,
Rappoport, DeGiovanni & Caslowitz, Inc.,
989 Waterman Avenue
East Providence, RI 02914
rdclaw@cox.net

/s/ Sonja L. Deyoe