# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DEMETRIO PURIZACA,<br><br>Plaintiff,<br><br>v.<br><br>THE STOP AND SHOP SUPERMARKET COMPANY, LLC., Alias ABC Corporation<br>Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-472L |

**PLAINTIFF'S MOTION REQUESTING A CONTINUANCE OF THE SETTLEMENT CONFERENCE.**

Now comes the Plaintiff, Demetrio Purizaca and request that this Honorable Court grant his motion for a continuance of the settlement conference scheduled for July 14, 2008 at 10:00 a.m. before Magistrate Lincoln Almond. As grounds therefore, Plaintiff states that discovery in this matter is ongoing. Further, counsel for both the Plaintiff and Defendant agree that this matter will be in a better posture to resolve if the settlement conference is continued for a brief period of approximately thirty days.

Counsel for the Defendant has been contacted and represents that Defendant has no objection to this request.

Therefore, Plaintiff request that this matter be continued for thirty days or to such other date as this Court may order.

Plaintiff Demetrio Purizaca,
By his attorneys
Rappoport, DeGiovanni & Caslowitz, Inc.,

/s/ Sonja L. Deyoe
Sonja L. Deyoe, Esq., #6301
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (Fax)
Email: sldeyoe@fullchannel.net

## CERTIFICATION

I, the undersigned, hereby certify that this document has been electronically filed on this 10th day of July 2008 and is available for viewing and downloading to the ECF registered counsel of record and paper copies will be sent to those who are non-registered participants:

Geoffrey D. Wyler, Esq.
One Financial Center, 24th Fl
Boston, Massachusetts 02111
gwyler@cypressmail.com

Stephen M. Rappoport, Esq.,
Rappoport, DeGiovanni & Caslowitz, Inc.,
989 Waterman Avenue
East Providence, RI 02914
rdclaw@cox.net

/s/ Sonja L. Deyoe