# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DEMETRIO PURIZACA, Plaintiff, | ) | |
| v. | ) | C.A. No. 07-472L |
| THE STOP AND SHOP SUPERMARKET COMPANY, LLC., Alias ABC Corporation Defendant, | ) | |

**PLAINTIFF'S MOTION TO FILE RECORDS UNDER SEAL PURSUANT TO LOCAL RULE 102 AND UNDER RULE 26 OF THE DISTRICT COURT RULES OF CIVIL PROCEDURE.**

Now comes the Plaintiff, Demetrio Purizaca and moves this Honorable Court for an Order allowing Plaintiff to file the medical records from Mark Palumbo, M.D and St. Joseph's Hosptial/Corporate Care under seal. These records are attached hereto as exhibit A. A memorandum of law setting forth the basis for this motion is attached hereto.

Plaintiff Demetrio Purizaca,
By his attorneys
Rappoport, DeGiovanni & Caslowitz, Inc.,

Sonja L. Deyoe, Esq., #6301
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (Fax)
Email: sldeyoe@fullchannel.net

**CERTIFICATION**

I, the undersigned, hereby certify that this document has been sent on this 10 day of July 2008 by regular mail to the following:

Geoffrey D. Wyler, Esq.
One Financial Center, 24th Fl
Boston, Massachusetts 02111
gwyler@cypressmail.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DEMETRIO PURIZACA,<br><br>Plaintiff,<br><br>v.<br><br>THE STOP AND SHOP SUPERMARKET COMPANY, LLC., Alias ABC Corporation<br>Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-472L |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO SEAL MEDICAL RECORDS UNDER LOCAL RULE 102 AND RULE 26 OF THE DISTRICT COURT RULES OF CIVIL PROCEDURE.**

## I. FACTS

On June 11, 2005, the Plaintiff DeMetrio Purizaca was severely injured when he was hit in his lower back by a steel, table shaped, end piece of a conveyor belt that was located at a Stop and Shop Supermarket operated by the Defendant in Milford, Massachusetts.

As a result of his injuries, the Plaintiff has received substantial treatment by Mark Palumbo, M.D. and at St. Josephs's Hospital/Corporate Care. Plaintiff has filed a motion to be partially excused from compliance with Fed.R.Civ.P. Rule 26(a)(2)(B) as to his treating physicians at St. Joseph's Hospital/Corporate Care and for Mark Palumbo, M.D. The filing of these motions necessitated the filing of copies of the medical records of both entities with the Court. Plaintiff now seeks to have the medical records of those entities and physician's placed under seal.

## II. ARGUMENT AND LAW:

Local Rule 102 provides that: "(1) Documents filed with the Court may not be sealed unless

ordered by the Court. If counsel or a party filing a document has a good faith basis for believing that a document should be sealed, the document shall be accompanied by a motion to seal, which explains why the document should be sealed."

In this motion, the Plaintiff is seeking to prevent the general public from accessing his medical records. While the Plaintiff admits that. in filing a personal injury action he has, to some degree, placed his medical condition at issue, if this Honorable Court were to require that the Plaintiff's medical records be electronically filed, they would become widely available to the public. This wide availability could constitute a violation of the Plaintiff's right to medical privacy and result in the Plaintiff experiencing harassment and embarrassment.

The Court has wide discretion to fashion protective orders that will protect a party against "annoyance, embarrassment, oppression, or undue burden and expense," including orders which either restrict the use and dissemination of such information or which prohibit its production altogether. Fed.R.Civ.P. 26(c); see Crawford-El v. Britton, 523 U.S. 574, 598, 118 S.Ct. 1584, 1597, 140 L.Ed.2d 759 (1998). "Although [Rule 26(c) ] contains no specific reference to privacy or to other rights or interests that may be implicated, such matters are implicit in the broad purpose and language of the Rule." Seattle Times Co. v. Rhinehart, 467 U.S. 20, 35 n. 21, 104 S.Ct. 2199, 2208 n. 21, 81 L.Ed.2d 17 (1984). Hence, in exercising their discretion under the rule, courts have long "recognized that interests in privacy may call for a measure of extra protection," even where the information sought is not privileged. See Fed.R.Civ.P. 26(b) advisory committee's note (1970) (referring to income tax returns, which are "generally held not privileged"); Pearson, 211 F.3d at 72 (holding that "[l]egitimate interests in privacy are among the proper subjects of" Rule 26(c)'s protection).

The Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), Pub.L. 104-191 (1996) provides that the Plaintiff's medical records are confidential except in limited circumstances. As Court have noted that medical records are peculiarly subject to misuse, especially if widely disseminated, it is not uncommon for Courts to restricted the disclosure of medical records to opposing counsel and their experts. See, e.g., Schoffstall v. Henderson, 223 F.3d 818 (8th Cir.2000); see also Alexander v. Federal Bureau of Investigation, 186 F.R.D. 54 (D.D.C.1998); Dunn v. Warhol, 1992 WL 102744 (E.D.Pa. May 8, 1992).

In this instance, the Plaintiff asks this Honorable Court allow him to file the records of Mark Palumbo, M.D., and St. Joseph's Hospital/Corporate Care under seal. The Plaintiff admits that these records are relevant to this action and has provided them to the Defendant's counsel. The Plaintiff simply seeks to file his records under seal which will prevent them from being entered into the electronic filing system where they will become widely available as this could expose the Plaintiff to great embarrassment and emotional distress.

## III. CONCLUSION.

For the foregoing reasons, the Plaintiff request that this Honorable Court grant his motion and order that the record of Mark Palumbo, M.D., and St. Joseph's Hospital/Corporate Care be filed under seal.

Plaintiff Demetrio Purizaca,
By his attorneys
Rappoport, DeGiovanni & Caslowitz, Inc.,

Sonja L. Deyoe #6301
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (Fax)
Email: sldeyoe@fullchannel.net

## CERTIFICATION

I, the undersigned, hereby certify that this document has been sent on this 10 day of July 2008 by regular mail to the following:

Geoffrey D. Wyler, Esq.
One Financial Center, 24th Fl
Boston, Massachusetts 02111
gwyler@cypressmail.com