**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| DEMETRIO PURIZACA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-472L |
| | ) | |
| THE STOP AND SHOP SUPERMARKET | ) | |
| COMPANY, LLC., Alias ABC Corporation | ) | |
| Defendant, | ) | |

**PLAINTIFF'S MOTION EXTEND EXPERT DISCLOSURE DEADLINE.**

Now comes the Plaintiff, Demetrio Purizaca and request that this Honorable Court grant his motion to extend the expert disclosure deadline in this matter. Plaintiff seeks to have his deadline for expert disclosure extended until September 1, 2008 with the Defendant's expert disclosure deadline extended until October 15, 2008. Further, Counsel seeks to have the final discovery deadline, for the deposition of any expert identified by the parties only, extended from the original end date of October 27, 2008 until November 7, 2008.

As grounds therefore, Plaintiff states that four depositions of employees of the Defendant are scheduled for August 22, 2008 and that it may be necessary for the Plaintiff's expert to review these depositions prior to providing a report that is accurate with respect to this case. The individuals who the Plaintiff seeks to depose were first identified during the deposition of Travis Collins, an employee of the Defendant, on July 8, 2008. Since that time, Counsel has been diligent in attempting to schedule the depositions of these four individuals, but unable to come to a date

agreeable to both counsel and the deponents which could take place prior to August 22, 2008.

Counsel for the Plaintiff has spoken with Counsel for the Defendant and represents that Defendant has no objection to this request.

The Plaintiff therefore request that the expert disclosure deadlines for both parties be extended for thirty days, until September 1, 2008 for the Plaintiff and October 15, 2008 for the Defendant and that the final discovery deadline be modified so that expert depositions may be taken up until November 7, 2008 with all other discovery closing on October 27, 2008.

Plaintiff Demetrio Purizaca,
By his attorneys
Rappoport, DeGiovanni & Caslowitz, Inc.,

/s/ Sonja L. Deyoe

Sonja L. Deyoe, Esq., #6301
989 Waterman Avenue
East Providence, RI 02914
(401) 437-3000
(401) 437-3037 (Fax)
Email: sldeyoe@fullchannel.net

**CERTIFICATION**

I, the undersigned, hereby certify that this document has been electronically filed on this 22th day of July 2008 and is available for viewing and downloading to the ECF registered counsel of record and paper copies will be sent to those who are non-registered participants:

Geoffrey D. Wyler, Esq.
One Financial Center, 24th Fl
Boston, Massachusetts 02111
gwyler@cypressmail.com

Stephen M. Rappoport, Esq.,
Rappoport, DeGiovanni & Caslowitz, Inc.,
989 Waterman Avenue
East Providence, RI 02914
rdclaw@cox.net

/s/ Sonja L. Deyoe